UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO. 8:02-CR-00121-T-17

SINISTRA, ET AL.

_____/

ORDER

THIS CAUSE is before this Court on Defendant's, Porfirio Sinistra, Motion to Dismiss Sentence Due to Plain Error Resulting from Outrageous Government Conduct (Doc. 307) and Motion for this Court to Rule on Doc. 307 (Doc. 309). Defendant seeks dismissal based upon the government's use of a confidential informant during the course of a maritime smuggling venture, claiming lack of knowledge, entrapment, outrageous government conduct, and denial of due process.

Defendant has previously pled guilty (Doc. 102) and was sentenced to two hundred and ten (210) months on May 2, 2003 (Doc. 212). The Eleventh Circuit affirmed Defendant's conviction on January 14, 2005 (Doc. 303).

By virtue of his guilty plea, Defendant has waived his aforementioned claims against the government. *United States v. De La Garza*, 516 F.3d 1266, 1271 (11th Cir.2008); *Smith v. United States*, 447 F.2d 487, 488 (5th Cir.1971) (knowing and voluntary plea waives all non-jurisdictional defects and defenses, including entrapment). Defendant has admitted, under oath, that he knowingly and voluntarily participated in the charge offenses (Doc. 102). In light of such, Defendant cannot now advance these arguments before this Court. Accordingly, it is:

**ORDERED** that Defendant's, Porfirio Sinistra, Motion to Dismiss Sentence Due to Plain Error Resulting from Outrageous Government Conduct (Doc. 307) and Motion for this Court to Rule on Doc 307(Doc. 309) are **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this _____th day of October, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.